Charles Albert **GARRETT** and Dorothy
Elizabeth Darling, Appellants,

v.

**UNITED STATES** of America,
Appellee.

No. 18826.

United States Court of Appeals
Ninth Circuit.

April 28, 1964.

Rehearing Denied June 3, 1964.

———◆———

Robert C. Rhone, Jr., Denver, Colo., for
appellant.

C. A. Muecke, U. S. Atty., John E.
Lindberg, Asst. U. S. Atty., Tucson,
Ariz., for appellee.

Before POPE, CHAMBERS and
JERTBERG, Circuit Judges.

CHAMBERS, Circuit Judge.

Defendants have been convicted of a
transportation count on illegally import-
ed narcotics.

We have examined the records and
briefs and find no error. The judgment
is affirmed.

■ It is true that the charge was not
proved to a mathematical certainty, but a
strong circumstantial evidence case was
presented entitling the jury to find be-
yond a reasonable doubt that the defend-
ants were guilty. Essentially the argu-
ments made here for reversal might be
quite cogent if the jury accepted them.
But it did not.

■ Some hearsay was admitted with-
out objection. In such testimony in this
case, we find nothing really prejudicial.

Judgment affirmed.